UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| VIRGIL G. OWENS, | ) | |
| | ) | |
| Petitioner, | ) | Case No. 1:06-cv-473 |
| | ) | |
| v. | ) | Honorable Wendell A. Miles |
| | ) | |
| CARMEN D. PALMER, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

## JUDGMENT

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be DISMISSED with prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.

**IT IS FURTHER ORDERED** that a certificate of appealability is DENIED as to each issue raised by the Petitioner in this application for habeas corpus relief because Petitioner has failed to make a "substantial showing of a denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

Dated: July 31, 2006                                /s/ Wendell A. Miles
                                                    Wendell A. Miles
                                                    Senior U.S. District Judge